```
                                        FILED
                              CLERK, U.S. DISTRICT COURT

                                    OCT 3 1 2014

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY          mr         DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: EDCR 06-111-FMO |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| v. | ) | [Fed. R. Cim. P. 32.1(a)(6); |
| ADRIAN NAVA-TIRADO, | ) | 18 U.S.C. § 3143(a)] |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.   (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of the offenses;_ _unknown background; no bail resources_ _____

and/or

1  B.    ( ) The defendant has not met his/her burden of establishing by clear and
2        convincing evidence that he/she is not likely to pose a danger to the safety of any
3        other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
4        finding is based on: _____
5  _____
6  _____
7  _____

9        IT IS THEREFORE ORDERED that the defendant be detained pending the further
10 revocation proceedings.

12 Dated: October 31, 2014                    _____
13                                             ALICIA G. ROSENBERG
                                               United States Magistrate Judge